**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 1, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00112-CV

---

### UNION PACIFIC RAILROAD COMPANY, Appellant

### V.

**ELIZABETH PHILLIPS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JAMES ALSANDOR (DECEASED); TEDDIE PHILLIPS; TERRY PHILLIPS, JR.; DEBRA PHILLIPS; OLIVIA PINEDA; LINDA PITRA; JUNE POLK, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF GLORIA FLUCKER (DECEASED); DAVID PORTER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DONNA PORTER (DECEASED); MARL HOLLIMON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CLARENCE HOLLIMON (DECEASED); LERA HOLMAN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CHARLES HOLMAN (DECEASED); LESSIE MAE HUGHES, RUTH HULETT, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BYRON HULETT, JR. (DECEASED); JOSEPH HUMAN; CAROLYN JAMES; DEBORAH JONES-CULMER; DEXTER JOSEPH, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF HAROLD HUGHES, SR. (DECEASED); URAN JUSTICE; JOHN JUSTICE; MELVIN KINDS;**

JACQUELINE KNOTTS; DOROTHY LACKEY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF CHARLES LACKEY (DECEASED); GLORIA LAFNETTE; TERRELL LANDRY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF VIOLA M. LANDRY (DECEASED); MICAHEL R. LANCASTER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MARY HELEN LANCASTER (DECEASED); DANIEL LASTRAPE; MICHAEL LEWIS; RUTH LOCKETT; LINDA LOPEZ; SAN JUANA LOREDO; NICOLE LYNN; DELMA MAGANA; CARL MAJOR; RAY CHARLES MARSHALL, INDIVIDUALLY AND AS REPRESENTATIVE OF ORA MAE MARSHALL (DECEASED); ULISES MARTIN; KAREN MARTIN; CORINE MAYERS; EMMA MCCLELLAN; DELORES MCGRUDER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATES OF LOIS D. TYLER WARD (DECEASED) AND MURRY ALLEN MCCLAIR (DECEASED); DMITRI MELENDEZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROSA MELENDEZ (DECEASED); MICHAEL MELENDEZ; RUTH C. MELENDEZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ROSA MELENDEZ (DECEASED); GLORIA MIER-CARRENO; SAMUEL MILAZZO, JR., INDIVIDUALLY AND A REPRESENTATIVE OF THE ESTATE OF SAMUEL MILAZZO, SR. (DECEASED); RHONDA MILLER; SHARON MITCHELL, INDIVIDUALLY AND AS REPRESENTATIVE OF JOYCE JACKSON TAYLOR (DECEASED); RALPH MITCHELL, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF THEO P. MITCHELL (DECEASED); IRENE MONTGOMERY; SALENA MORALES REGINA MORGAN, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATES OF LAWRENCE MARTIN, SR., (DECEASED) AND PAULINE MARTIN (DECEASED); EDWARD MOSLEY; AND JOE DOUGLAS HARRISON, Appellees**

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2020-50604**

---

## MEMORANDUM OPINION

This is a statutory interlocutory appeal from an order signed February 23, 2021. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 27.003, 51.015(12). On August

23, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.